BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

BARBARA J. NELSON
RICHARD B. COHEN
ALBERT B. SAMBAT
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

FILED
FEB 23 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )    No.  S-11-CR-0039 EJG
                                   )
                Plaintiff,         )    STIPULATION AND [PROPOSED]
                                   )    ORDER RESETTING DATE FOR ENTRY
        v.                         )    OF PLEA
                                   )
YAMA MARIFAT,                      )    C/EJG
                                   )
                Defendant.         )
_____)

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

On January 28, 2011, the United States Attorney filed an Information charging defendant Yama Marifat with one count each of (1) bid rigging, in violation of Title 15, United States Code, Section 1, and (2) Conspiracy to Commit Mail Fraud, in violation of Title 18, United States Code, Section 1349.  On February 2, 2011, the Hon. Edward J. Garcia ordered the <u>Marifat</u> case related to the

matter of <u>United States v. Ghio</u>, Cr. S-10-0144 EJG, and other cases. Based on representations of the government concerning availability of the parties, the Court ordered the <u>Marifat</u> matter be set for initial appearance and entry of plea on February 25, 2011, at 10 a.m..

Due to an issue that arose after the Court issued its order, the February 25 date became unavailable for defense counsel. Accordingly, the parties now respectfully request that the <u>Marifat</u> matter be **set-set for initial appearance and entry of plea on March 4, 2011, at 10 a.m.**. This date is agreeable to all parties. Moreover, Colleen Lydon, Courtroom Deputy and Judicial Assistant to the Court, has indicated that this is an available day and time.

Dated: 2/23/11                    Respectfully Submitted,

                                  Benjamin B. Wagner
                                  United States Attorney

                                  <u>/s/ Russell L. Carlberg</u>
                              By: RUSSELL L. CARLBERG
                                  Assistant U.S. Attorney


                                  Christine A. Varney
                                  Assistant Attorney General

                                  <u>/s/ Barbara J. Nelson</u>
                              By: BARBARA J. NELSON
                                  RICHARD B. COHEN
                                  ALBERT B. SAMBAT
                                  Trial Attorneys
                                  U.S. Department of Justice
                                  Antitrust Division

                  */s/ Richard Tamor\**
                  RICHARD TAMOR
                  Attorney for Defendant Yama Marifat

                  */s/ William H. DuBois\**
                  WILLIAM H. DUBOIS
                  Attorney for Defendant Yama Marifat

## [PROPOSED] ORDER

For the reasons stated above, it is hereby ordered that the initial appearance and entry of plea for defendant Yama Marifat, currently set for February 25, 2011, is vacated.

Defendant Marifat's initial appearance and entry of plea are ordered re-set for March 4, 2011, at 10 a.m., in Courtroom #8, 13th Floor, and the defendant is ordered to appear.

IT IS SO ORDERED.

2/23/11

_____
HON. EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

\*Signed with permission of counsel via email.