UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM *& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    **Yama MARIFAT**
                                        **Docket Number:   2:11CR00039-01**
                                        **REQUEST TO VACATE JUDGMENT**
                                        **AND SENTENCE DATE / SCHEDULE**
                                        **STATUS DATE**

Your Honor:

The defendant is scheduled for Judgment and Sentencing on May 20, 2011. However, according to the AUSA and defense counsel, the parties will not be ready to go forward with sentencing for an indefinite period of time.

Per agreement with the government and defense counsel, it is respectfully requested the Judgment and Sentencing date be vacated, and a status date scheduled for October 28, 2011. At that time, the matter can be continued for further status or, if the parties are ready, set for a Judgment and Sentencing date, along with a disclosure schedule for the Presentence Report.

                                            Respectfully submitted,

                                            LINDA O. DILLON
                                            United States Probation Officer

FILED MAY 9 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

REVIEWED BY:                    
                           Jeffrey C. Oestreicher
                           Supervising United States Probation Officer

Dated:       May 6, 2011
               Sacramento, California
               LOD/sda

RE: **Yama Marifat**
   **Docket Number:   2:11CR00039-01**
   **SCHEDULE STATUS DATE**

cc: Clerk, United States District Court
   United States Attorney's Office
   United States Marshal's Office
   Federal Defender (If defense counsel is court-appointed)
   Probation Office Calendar clerk

✓ **Approved**

                         _/s/ Edward J. Garcia_      5/9/11

                         **EDWARD J. GARCIA**
                         **Senior United States District Judge**     **Date**

___ **Disapproved**