BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
RICHARD B. COHEN
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-11-0039 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| YAMA MARIFAT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Marifat is scheduled for a Status Conference regarding Judgment and Sentencing on October 28, 2011. However, he may be called as a witness at the trial of several co-conspirators. As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is

1

respectfully requested that the status conference currently set for October 28, 2011, at 10:00 a.m. be continued to January 27, 2012. The United States Probation Office is in accord with this approach.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

Dated: October 25, 2011                    Respectfully Submitted,

                                            Benjamin B. Wagner
                                            United States Attorney

                              By:   s/Russell Carlberg*
                                            RUSSELL L. CARLBERG
                                            Assistant U.S. Attorney

                                            Sharis A. Pozen
                                            Acting Assistant Attorney General

                              By:   s/Anna Pletcher
                                            ANNA TRYON PLETCHER
                                            TAI S. MILDER
                                            RICHARD B. COHEN
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Antitrust Division

                              By:   s/Richard Tamor*
                                            RICHARD TAMOR
                                            Counsel for Defendant

*Signed with permission.

[PROPOSED] ORDER

For the reasons stated above, the Court reschedules the status conference regarding judgment and sentence to January 27, 2012.

DATED: October 25, 2011

IT IS SO ORDERED on October 25, 2011

/s/ Edward J. Garcia

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE