BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-11-0039 EJG |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| YAMA MARIFAT, ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Marifat is currently set to appear before the Court for a status conference regarding judgment and sentencing on April 27, 2012. Mr. Marifat, however, may be called as a witness at the trial of several co-conspirators. In this related case, <u>United States v. Chandler, et al.</u>, Cr. No. S-11-511 EJG, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore

1

Longley, are scheduled for a status conference on April 27, 2012.

The government will not be able to fully determine its sentencing recommendation for Mr. Marifat until after a trial in the related case. Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Marifat that is currently set for April 27, 2012 be continued to August 3, 2012. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

Dated: April 4, 2012          Respectfully Submitted,

                              Benjamin B. Wagner
                              United States Attorney

                         By:  _s/Russell Carlberg*_
                              RUSSELL L. CARLBERG
                              Assistant U.S. Attorney


                              Sharis A. Pozen
                              Acting Assistant Attorney
                              General

                         By:  _s/Tai Milder_
                              ANNA TRYON PLETCHER
                              TAI S. MILDER
                              Trial Attorneys
                              U.S. Department of Justice
                              Antitrust Division


                         By:  _s/Richard Tamor*_
                              RICHARD TAMOR
                              Counsel for Defendant

*Signed with permission

2

ORDER

For the reasons stated above, the Court reschedules the status conference regarding judgment and sentencing to August 3, 2012 at 10:00 a.m.

DATED: April 5, 2012

IT IS SO ORDERED.

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE