BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

FILED
AUG 0 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-11-0039 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| YAMA MARIFAT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Marifat is currently on the Court's calendar for a status conference on August 3, 2012. Mr. Marifat, however, may be called as a witness at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore Longley, are on the Court's calendar for

1

1 a status conference on September 7, 2012.

2  The government will not be able to fully determine its
3 sentencing recommendation for Mr. Marifat until after a trial in the
4 related case.  Therefore, per agreement with defense counsel, it is
5 respectfully requested that the status conference for Mr. Marifat
6
7 that is currently set for August 3, 2012 be continued to November 9,
8 2012 at 10:00 a.m.  The United States Probation Office is in accord
9 with this approach.  It is anticipated that at that time, the
10 parties will be in a better position to request a judgment and
11 sentencing date and disclosure schedule for the presentence report.
12
13 Dated: August 1, 2012                Respectfully Submitted,
14
                                       Benjamin B. Wagner
15                                     United States Attorney

16                                By:  s/Russell Carlberg*
                                       RUSSELL L. CARLBERG
17                                     Assistant U.S. Attorney

18
                                       Joseph F. Wayland
19                                     Acting Assistant Attorney
                                       General
20
21                               By:   s/Anna Pletcher
                                       ANNA TRYON PLETCHER
22                                     TAI S. MILDER
                                       Trial Attorneys
23                                     U.S. Department of Justice
                                       Antitrust Division
24
25
                                 By:   s/Richard Tamor*
26                                     RICHARD TAMOR
   *Signed with permission             Counsel for Defendant
27
28

2

ORDER

For the reasons stated above, the Court continues the status conference regarding judgment and sentencing for defendant Yama Marifat to November 9, 2012 at 10:00 a.m.

IT IS SO FOUND AND ORDERED this 1st day of August, 2012.

EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE