1  ANNA TRYON PLETCHER (Cal. Bar No. 239730)
   TAI S. MILDER (Cal. Bar No. 267070)
2  MAY LEE HEYE (Cal. Bar No. 209366)
   KELSEY C. LINNETT (Cal. Bar No. 274547)
3  Trial Attorneys
   U.S. Department of Justice
4  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
5  San Francisco, California  94102-3478
   Telephone: (415) 934-5300
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 2:11-CR-0039-WBS
12 |        Plaintiff,                   | **STIPULATION AND ~~PROPOSED~~ ORDER SETTING HEARING FOR JUDGMENT AND SENTENCING**
13 |        v.                           |
14 | YAMA MARIFAT,                       | Judge: Hon. William B. Shubb
                                          Place: Courtroom 5
15 |        Defendant.                   |

16

17

18

19                         **STIPULATION**

20       The defendant in the above-entitled case is on the Court's calendar for a status conference

21 on April 7, 2014.  The parties are now prepared to proceed to judgment and sentencing in this

22 case.  Therefore, the parties respectfully request that the Court vacate the **April 7, 2014** status

23 conference, and instead set a hearing for judgment and sentencing on **September 2, 2014** at 9:30

24 a.m.  The United States Probation Office is in accord with this approach.

25 ///

26 ///

27 ///

28 ///

UNITED STATES' STIP. AND PROPOSED ORDER

1    IT IS SO STIPULATED.

2

3    Dated:          March 28, 2014                Respectfully submitted,

4
                                                   /s/ Tai Milder
5                                                  Anna Tryon Pletcher
                                                   Tai S. Milder
6                                                  May Lee Heye
                                                   Kelsey C. Linnett
7                                                  Trial Attorneys
                                                   U.S. Department of Justice
8                                                  Antitrust Division

9

10
                                                   /s/ Richard Tamor*
11                                                 RICHARD TAMOR
                                                   Counsel for Yama Marifat
12

13

14

15

16   *Signed with permission

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' STIP. AND PROPOSED ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court hereby vacates the status conference for defendant Yama Marifat set for

**April 7, 2014**, and sets a hearing for judgment and sentencing on **September 2, 2014 at 9:30 a.m**.

IT IS SO ORDERED.

Dated:  March 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

UNITED STATES' STIP. AND PROPOSED ORDER

3