ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0144 WBS |
| Plaintiff, | |
| v. | |
| ANTHONY B. GHIO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:10-CR-0238 WBS |
| Plaintiff, | |
| v. | |
| THEODORE B. HUTZ, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | NO. 2:10-CR-0239 WBS |
| Plaintiff, | |
| v. | |
| JOHN R. VANZETTI, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

UNITED STATES OF AMERICA,

                 Plaintiff,

          v.

RICHARD W. NORTHCUTT,

                 Defendant.

NO. 2:11-CR-0038 WBS

_____

UNITED STATES OF AMERICA,

                 Plaintiff,

          v.

YAMA MARIFAT,

                 Defendant.

No. 2:11-CR-0039 WBS

_____

UNITED STATES OF AMERICA,

                 Plaintiff,

          v.

GREGORY L. JACKSON,

                 Defendant.

No. 2:11-CR-0090 WBS

_____

UNITED STATES OF AMERICA,

                 Plaintiff,

          v.

WALTER DANIEL OLMSTEAD,

                 Defendant.

No: 2:11-CR-0291 WBS

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0292 WBS |
| Plaintiff, | |
| v. | |
| ROBERT ROSE, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-0492 WBS |
| Plaintiff, | |
| v. | |
| KENNETH A. SWANGER, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 2:11-CR-511 WBS |
| Plaintiff, | |
| v. | |
| WILEY C. CHANDLER, ANTHONY B. JOACHIM | |
| Defendants. | |

The above-entitled cases are currently set for status hearings on **April 6, 2015.**

The related case, United States v. Katakis, et al., Cr. No. S-11-511 WBS, went to trial on February 4, 2014.  Several of the above-named defendants testified at that trial.  On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice.  The jury could not reach a verdict on the conspiracy to commit mail fraud count.

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1    Katakis moved for a judgment of acquittal on the

2 obstruction count.  The Court granted the motion on May 9, 2014.

3 On June 6, 2014, the government filed a notice of appeal.  Four

4 days earlier, on June 2, Katakis had moved for a new trial on

5 the bid-rigging count.  Parker joined that motion.  On June 10,

6 2014, the Court stayed all proceedings pending receipt of an

7 order of remand from the Court of Appeals.  Appellate briefing

8 has been completed and the case has been set for oral argument

9 on May 15, 2015.

10    Katakis's and Parker's motions for a new trial are stayed

11 until the appellate issue is resolved.  If those new trial

12 motions are granted, the co-conspirators in the above-named

13 cases may be called as trial witnesses. The government will not

14 be able to fully determine its sentencing recommendation for

15 defendants Ghio, Hutz, Vanzetti, Northcutt, Marifat, Jackson,

16 Olmstead, Rose, Swanger, Chandler, and Joachim until after all

17 trials in the related cases have been completed.

18    Therefore, per agreement with defense counsel, it is

19 respectfully requested that the existing status conference be

20 continued to **September 14, 2015** at 9:30 a.m.  The United States

21 Probation Office is in accord with this approach.  It is

22 anticipated that at that time, the parties will be in a better

23 position to request dates for

24 \\

25 \\

26 \\

27 \\

28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

1 judgment and sentencing and disclosure schedules for presentence

2 reports.

3

4 Dated: March 24, 2015                       Respectfully submitted,

5                                      /s/ Anna Tryon Pletcher

6                                      Anna Tryon Pletcher
                                     Tai S. Milder

7                                      May Lee Heye
                                     Kelsey C. Linnett

8                                      Trial Attorneys
                                     U.S. Department of Justice

9                                      Antitrust Division

10

11                                      /s/ Michael S. Thorman *
                                     MICHAEL S. THORMAN

12                                      Counsel for Anthony Ghio

13                                      /s/ Kresta Nora Daly *
                                     KRESTA NORA DALY

14                                      Counsel for Theodore B. Hutz

15                                      /s/ Christopher H. Wing *
                                     CHRISTOPHER H. WING

16                                      Counsel for John R. Vanzetti

17

18                                      /s/ Doron Weinberg *
                                     DORON WEINBERG

19                                      Counsel for Richard W.

20                                      Northcutt

21                                    /s/ Richard Tamor *
                                   RICHARD TAMOR

22                                    Counsel for Yama Marifat

23                                    /s/ Donald H. Heller *
                                   DONALD H. HELLER

24                                    Counsel for Gregory L.

25                                    Jackson

26                                    /s/ Carl M. Faller *
                                   CARL M. FALLER

27                                    Counsel for Walter Daniel

28                                    Olmstead

5

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**

/s/ Ismail Ramsey *
ISMAIL RAMSEY
Counsel for Robert Rose

/s/ William J. Portanova *
WILLIAM J. PORTANOVA
Counsel for Kenneth A.
Swanger

/s/ Jeffrey L. Bornstein *
JEFFREY L. BORNSTEIN
Counsel for Wiley C. Chandler

/s/ Thomas A. Johnson *
THOMAS A. JOHNSON
Counsel for Anthony B.
Joachim

* Signed with permission.


                              ORDER

    For the reasons stated above, the Court continues the

status conference for defendants Anthony B. Ghio, Theodore B.

Hutz, John R. Vanzetti, Richard W. Northcutt, Yama Marifat,

Gregory L. Jackson, Walter Daniel Olmstead, Robert Rose, and

Kenneth A. Swanger from **April 6, 2014** to **September 14, 2015 at

9:30 a.m.**


    IT IS SO ORDERED.

Dated:  March 24, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCES**