DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900
Attorneys for Defendant **Yama Marifat**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YAMA MARIFAT, *ET. AL.*,<br><br>Defendant. | Case No. 2:11-cr-00039-WBS<br><br>**STIPULATION TO MODIFY DUE DATE FOR MR. MARIFAT'S REPLACEMENT/SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO WITHDRAW HIS PLEA AND [PROPOSED] ORDER THEREON** |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties that Mr. Marifat's replacement/supplemental brief, currently due to be filed with this Court on February 23, 2017, be extended for one week to March 2, 2017.

The reason for the stipulation is as follows:

1. The Court, on February 17, 2017, continued the status hearing in this matter for one week from February 27, 2017 at 9:00 a.m. to March 6, 2017 at 9:00 a.m.

2. The Court had previously indicated that the government should have Mr. Marifat's brief the Thursday before the February 27, 2017 status conference so that the government could review it and make a determination as to when it could file its opposition.

3. The Court indicated that it wished counsel, to the extent practicable, to discover the positions of Mr. Marifat's previous attorneys in connection with this motion and also to

1

obtain their schedules for a potential hearing. Because Mr. Marifat had three previous attorneys, and because all three of these attorneys have extremely busy schedules, an additional week to file Mr. Marifat's replacement/supplemental brief would aid in this endeavor.

4. The new proposed due date of March 2, 2017 affords the government the same period of time prior to March 6, 2017 to review the documents as the Court intended to afford the government prior to the originally set February 27, 2017 status conference.

5. As part of this stipulation, the defense has agreed to today provide the government a draft of Mr. Marifat's deficient Rule 11 colloquy argument, which has already been written, so that the government can begin to review Mr. Marifat's position and begin to prepare its position and opposition.

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

                                      **BAY AREA CRIMINAL LAWYERS, PC**

Dated: February 21, 2017        By:/s/ David J. Cohen
                                        DAVID J. COHEN, ESQ.
                                        Attorneys for Defendant **Yama Marifat**

                                        U.S. Department of Justice
                                        Antitrust Division

Dated: February 21, 2017        By:/s/ Kelsey C. Linnett
                                        KELSEY C. LINNETT, ESQ.
                                        Trial Attorney for **Plaintiff**

**IT IS SO ORDERED.**

**Dated: February 21, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE