1  KELSEY C. LINNETT (Cal. Bar No. 274547)
   JENNIFER HANE (Cal. Bar No. 275729)
2  Trial Attorneys
   U.S. Department of Justice
3  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
4  San Francisco, California 94102-3478
   Telephone: (415) 934-5300
5  kelsey.linnett@usdoj.gov

6  Attorneys for the United States

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

    UNITED STATES OF AMERICA            CASE NO. 2:11-CR-0039 WBS
12
              v.                        STIPULATION REGARDING
13                                      EXCLUDABLE TIME UNDER THE
    YAMA MARIFAT,                       SPEEDY TRIAL ACT; FINDINGS AND
14                                      ORDER

15            Defendant.               DATE: May 22, 2017
                                        TIME: 9:00 a.m.
16                                      COURT: Hon. William B. Shubb

17

18                            **STIPULATION**

19       The United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21       1.     The parties appeared before this Court on May 8, 2017, for a status conference in the

22  above-captioned matter. The matter was continued to May 22, 2017, for a status conference. At the

23  status conference, the Court requested that the parties file a stipulation to exclude time between May 8,

24  2017, and May 22, 2017, under Local Code T4.

25       2.     By stipulation, the parties now move to continue the status conference until June 5, 2017,

26  at 9:00 a.m., and to the extent the Speedy Trial Act applies, to exclude time between May 8, 2017, and

27  June 5, 2017.

28  //

    STIP. REGARDING EXCLUDABLE TIME           1
    11-CR-039 WBS

1    3.    The parties agree and stipulate, and request that the Court find the following:

2         a.    The government has represented that the discovery associated with this case

3  includes the discovery produced in the related case *United States v. Katakis, et al.*, 11-CR-0511 WBS,

4  and consists of approximately 225 GB of electronic records.  Interview reports of defendant's meetings

5  with the government have already been produced to counsel.  The remaining discovery is in the process

6  of being loaded onto an external hard drive for defense counsel.

7         b.    Counsel for defendant desires additional time to consult with his client, to obtain

8  and review discovery, and to otherwise prepare for trial.

9         c.    Counsel for defendant requires additional time to research whether the order

10  granting defendant's motion to withdraw his guilty plea affects the validity of the underlying charging

11  document and to what extent the Speedy Trial Act applies.

12         d.    To the extent the Speedy Trial Act applies, counsel for defendant believes that

13  failure to exclude time would deny him the reasonable time necessary for effective preparation, taking

14  into account the exercise of due diligence.

15         e.    The government does not object to the continuance.

16         f.    Based on the above-stated findings and to the extent the Speedy Trial Act applies,

17  the ends of justice served by granting this request outweigh the interest of the public and the defendant

18  in a trial within the original date prescribed by the Speedy Trial Act.

19         g.    To the extent the Speedy Trial Act applies and for the purpose of computing time

20  under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of

21  May 8, 2017 to June 5, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

22  B(iv) , Local Code T4, because the ends of justice served by taking such action outweigh the best

23  interest of the public and the defendant in a speedy trial.

24    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

25  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

26  must commence.

27  //

28  //

1    IT IS SO STIPULATED.

2

3    Dated: May 12, 2017                        /s/ Kelsey Linnett
                                                KELSEY C. LINNETT
4                                               JENNIFER HANE
                                                Trial Attorneys
5                                               Antitrust Division
                                                United States Department of Justice
6

7    Dated:  May 12, 2017                       /s/ David J. Cohen*
                                                DAVID J. COHEN
8                                               Counsel for Defendant
                                                YAMA MARIFAT
9                                               *signed with permission

10

11                          **FINDINGS AND ORDER**

12   IT IS SO FOUND AND ORDERED.

13   Dated:  May 12, 2017

14

15                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28