UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YAMA MARIFAT,<br><br>　　　　　Defendant. | No. 2:11-cr-0039-WBS<br><br><br>ORDER |

　　　　On May 12, 2017, the parties filed a stipulation and request for court approval of a proposed protective order concerning dissemination of discovery materials. (ECF No. 97.) Thereafter, on May 15, 2017, the matter was referred to the criminal duty magistrate judge for appropriate action. (ECF No. 100.) After the duty magistrate judge, the Hon. Carolyn Delaney, determined that recusal was warranted, the matter was reassigned to the undersigned for the limited purpose of ruling on the stipulated protective order.

　　　　After carefully reviewing the parties' proposed stipulated protective order, IT IS HEREBY ORDERED that:

　　　　1. The proposed stipulated protective order is taken under advisement.
　　　　2. Within seven (7) days of this order, the parties shall provide an additional submission providing further background information concerning the proposed stipulated protective order, specifically addressing the reasons for the timing of the request and

the large breadth of the anticipated disclosure resulting from the requested protective order.

IT IS SO ORDERED.

Dated: May 17, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE