KELSEY C. LINNETT (CSBN 274547)
JENNIFER HANE (CSBN 275729)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
kelsey.linnett@usdoj.gov
Telephone: (415) 934-5300

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YAMA MARIFAT,<br>                    Defendant. | **STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY MATERIALS**<br><br>No. CR 11-0039 WBS |

IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendant is charged with bid rigging and mail fraud related to non-judicial public foreclosure auctions in San Joaquin County.

The parties agree that discovery in this case contains "Protected Materials," which are defined here as reports of interviews, grand jury testimony, documents produced to the grand jury or its agents, documents seized pursuant to a search warrant, documents voluntarily provided to the government, and social security numbers, driver's license numbers, dates of birth, addresses, telephone numbers, and email addresses. The Protective Order signed in this case extends to all Protected Materials provided, including those concerning conduct not directly charged in the Information.

//

STIP. AND PROT. ORDER                    1
CR 11-0039 WBS

1    By signing this Stipulation, defense counsel agrees that the Protected Materials are being

2 entrusted to counsel only for the purpose of representing the defendant in this criminal case.

3 Further, defense counsel agrees not to share any Protected Materials with non-parties except as

4 described below. Defense counsel may permit the defendant to review the Protected Materials

5 and be aware of their contents, but the defendant shall not be provided any copies of the

6 Protected Materials that have not been redacted to remove confidential information, which

7 includes but is not limited to dates of birth; social security numbers; credit card, bank account, or

8 other financial account numbers; and driver's license numbers. It shall not be necessary for

9 defense counsel to redact any confidential information where the defendant is the author,

10 addressee, or recipient of the document, as indicated on the face of the document. Any person

11 receiving Protected Materials or a copy of Protected Materials from counsel for the defendant

12 shall be bound by the same obligations as counsel and, further, may not give the Protected

13 Materials to anyone (except that the protected documents shall be returned to counsel).

14    The parties agree not to disclose any Protected Materials to non-parties to the criminal

15 action except as needed for the defense or prosecution of the criminal action and only if the non-

16 party signs the attached Acknowledgment of Protective Order.  If any party wishes to use the

17 services of any non-party, including but not limited to an investigator, expert, or other individual,

18 to review the Protected Materials in connection with the preparation of the defense or

19 prosecution, prior to receiving access to the materials, such individual must sign a copy of the

20 Acknowledgment of Protective Order attached to a copy of this Order.

21    Any non-party who has signed the attached Acknowledgement of Protective Order as

22 provided herein may use the Protected Materials in the course of his or her investigation, and

23 may reference the Protected Materials in connection with interviews, database searches, and/or

24 any and all other investigative tasks, so long as the non-party abides by the other obligations

25 contained in this Protective Order.

26    Notwithstanding the foregoing, after the trial date has been confirmed in this case,

27 counsel, staff, and/or the investigators for the defendant or the United States may make copies of

28 //

the Protected Materials for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, investigator, staff, expert, or the Court.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this Order.

Dated: May 12, 2017      /s/ David J. Cohen*
                DAVID J. COHEN
                Attorney for Defendant Yama Marifat
                * signed with permission

Dated: May 12, 2017      /s/ Kelsey Linnett
                KELSEY C. LINNETT, Trial Attorney
                JENNIFER HANE, Trial Attorney
                Antitrust Division
                United States Department of Justice

**IT IS SO ORDERED:**

Dated: May 31, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1    **ACKNOWLEDGMENT OF PROTECTIVE ORDER**

2          The undersigned hereby acknowledges that he or she has received a copy of the

3    Stipulation and Protective Order Re: Dissemination of Discovery Materials ("Protective Order")

4    issued in *United States v. Marifat*, CR 11-0039 WBS; has read, understands, and agrees to the

5    terms of the Protective Order; and hereby submits to the jurisdiction of the United States District

6    Court for the Eastern District of California for the purposes of enforcement of the terms of the

7    Protective Order and the punishment of any violations thereof.

8

9    DATED:

10                                                             _____
                                                              Signature

11

12                                                            _____
                                                              Printed Name

13

14                                                            _____
                                                              Street Address

15

16                                                            _____
                                                              City, State, and Zip Code

17                                                            _____

18                                                            Area Code/Telephone Number

19

20

21

22

23

24

25

26

27

28

STIP. AND PROT. ORDER                    4
CR 11-0039 WBS