UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YAMA MARIFAT,<br><br>    Defendant. | CR. NO. 2:11-39 WBS |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YAMA MARIFAT,<br><br>    Defendant. | CR. NO. 2:17-189 TLN |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) because both cases involve the same defendant and the United States charged defendant in both cases with violating 15 U.S.C. § 1

1

based on the same conduct, through the government's Information in Cr. No. 2:11-39 WBS, and through the government's Indictment in Cr. No. 2:17-189 TLN.  Moreover, this court has already entered orders in Cr. No. 2:11-39 WBS.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. Marifat, Cr. No. 2:11-39 WBS, and United States v. Marifat, Cr. No. 2:17-189 TLN, be, and the same hereby are, deemed related.  The case denominated United States v. Marifat, Cr. No. 2:17-189 TLN, shall be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as United States v. Marifat, Cr. No. 2:17-189 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of cases to compensate for this reassignment.

Dated:  November 20, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE